IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD THOMAS DENTON
LOWRY,

        Petitioner,

        v.

MS. BRIDGETT AMSBERRY,
Superintendent, TRCI

        Respondent.

Case No. 2:17-cv-00702-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 48), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 48) is adopted in full. The Petition for Writ of Habeas Corpus is denied. This Court declines to issue a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

1 – ORDER

IT IS SO ORDERED.

DATED this 18th day of June, 2020.

                                                s/Michael J. McShane  
                                                                       Michael McShane  
                                                United States District Judge